# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| OTTO YOUNG, | : No. 455 MAL 2018 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of January, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

May the Board of Probation and Parole retroactively revoke previously-awarded credit for time served while an individual is at liberty on parole pursuant to 61 Pa.C.S. § 6138(a)?